UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LICKING ENTERPRISES, INC., | ) | Case No.: C07-0735 RMW |
| Plaintiff, | ) ) ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | ) ) | |
| CITY OF SAN JOSE ET AL., | ) ) | |
| Defendants. | ) ) | |

On May 18, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply in this case.

IT IS FURTHER ORDERED that the parties are referred to the Court Sponsored Mediation program, with a mediation to take place before September 14, 2007.

IT IS FURTHER ORDERED that a Further Case Management Conference is scheduled for 10:30 a.m. on September 14, 2007.

IT IS HEREBY ORDERED that the parties shall comply with Judge Whyte's Standing Order Re: Pre-Trial Preparation (rev. 2/26/03),[1] with regard to the timing and content all pretrial submissions.

Dated: May 21, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] A copy of Judge Whyte's standing order is available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Whyte's name, then on the "Judge Whyte's Standing Orders" link, and finally on the bullet for " Judge Whyte's Standing Order re Pretrial Preparation (02/26/2003)."