1 | RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
2 | CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
Office of the City Attorney
3 | 200 East Santa Clara Street
San Jose, California  95113
4 | Telephone:   (408) 535-1900
Facsimile:    (408) 998-3131
5 | Email:    cao.main@sanjoseca.gov

6 | Attorneys for Defendant                         ***E-FILED - 4/9/09***
CITY OF SAN JOSÉ

7

8

9 |                 UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
10 |                        SAN JOSE FACILITY

11

12 | LICKING ENTERPRISES, INC.                NO.:   C07-00735 RMW (PVT)

13 |                     Plaintiff,           **STIPULATION AND ORDER**
                                          **CONTINUING TRIAL DATE;**
14 |           v.                            **DECLARATION IN SUPPORT**

15 | CITY OF SAN JOSE, a municipal
corporation; SAN JOSE CITY COUNCIL;
16 | RON GONZALES, CINDY CHAVEZ, PAT
DANDO, KEN YEAGER, CHUCK REED,
17 | FORREST WILLIAMS, LINDA J.
LEZOTTE, NORA CAMPOS, GEORGE
18 | SHIRAKAWA, JR., DAVI D. CORTESE,
JOHN DIQUISTO, sued in their official
19 | capacities,

20 |                     Defendants.

21

22 |        I, Clifford S. Greenberg, hereby declare:

23 |        1.       I am a Senior Deputy City Attorney for the City of San Jose, assigned to

24 | represent the Defendants in the above-entitled action.

25 |        2.       This action involves allegations of disability discrimination in connection with the

26 | denial of a rezoning of Plaintiff's property, which is used for rehabilitation services for

27 | recovering alcoholics and drug addicts.

28 | / / /

STIP AND ORDER RE SCHEDULE;                    1                                      543314
C07-00735 RMW (PVT)

3.     The parties have been attempting to reach a resolution of this matter by a purchase of the property by the City of San Jose, which is interested in the property for purposes of use as a freeway interchange at Taylor and Highway 101.

4.     The parties have engaged in two unsuccessful mediations through the Court's mediation program, and are currently in the process of setting up a third, private mediation with JAMS.  If the case cannot be resolved, Defendants intend to file a Motion for Summary Judgment, in order to dispose of some, if not all, issues involved in the case.  Both parties wish to resolve the case prior to the expense and time involved in preparing and defending said motion, and the expense involved in hiring and deposing experts.

5.     For these reasons, the parties have agreed to continue the dates for trial, motions and experts, in order to pursue resolution.  The parties propose to adjust the schedule as follows:

Current Trial Date:  June 22, 2009          Proposed Trial Date:  September 14, 2009

Current Motions Date:  May 1, 2009          Proposed Motions Date:   July 17, 2009

Current  PTC:   June 4, 2009                Proposed PTC:  August 27, 2009

Current Expert Disclosure: Passed           Proposed Expert Disclosure:  June 22, 2009

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIP AND ORDER RE SCHEDULE;
C07-00735 RMW (PVT)

2

543314

## STIPULATION

The parties hereby stipulate to adjust the schedule in the above-entitled case, as follows:

| | |
|---|---|
| Current Trial Date:  June 22, 2009 | Proposed Trial Date:  September 14, 2009 |
| Current Motions Date:  May 1, 2009 | Proposed Motions Date:   July 17, 2009 |
| Current  PTC:   June 4, 2009 | Proposed PTC:  August 27, 2009 |
| Current Expert Disclosure: Passed | Proposed Expert Disclosure:  June 22, 2009 |

DATED:        March 20, 2009              RICHARD DOYLE, City Attorney


By:   /s/ Clifford S. Greenberg
          CLIFFORD S. GREENBERG
          Senior Deputy City Attorney

Attorneys for Defendant
CITY OF SAN JOSÉ


DATED:        March 20, 2009              LAW OFFICES OF STUART D. KIRCHICK


By:   /s/ Stuart D. Kirchick
          STUART D. KIRCHICK

Attorneys for Plaintiff
LICKING ENTERPRISES, INC.


## ORDER

For good cause shown, it is hereby ORDERED that the schedule for the above-entitled case is adjusted, as follows:

| | |
|---|---|
| Current Trial Date:  June 22, 2009 | Proposed Trial Date:  September 14, 2009 |
| Current Motions Date:  May 1, 2009 | Proposed Motions Date:   July 17, 2009 |
| Current  PTC:   June 4, 2009 | Proposed PTC:  August 27, 2009 |
| Current Expert Disclosure: Passed | Proposed Expert Disclosure:  June 22, 2009 |

DATED:  __4/9/09_____              _Ronald M. Whyte_

                                                        JUDGE, U.S. DISTRICT COURT

STIP AND ORDER RE SCHEDULE;                    3                          543314
C07-00735 RMW (PVT)