Stuart D. Kirchick, Esq.
State Bar No.: 144145
LAW OFFICES OF STUART D. KIRCHICK
1143 Story Road, Suite 210
San Jose, California 95122
Ph: 408/291-0123  Facsimile:  408/291-0418

*E-FILED - 8/26/09*

Attorney for:  Licking Enterprises, Inc.

IN THE UNITED STATES OF CALIFORNIA

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LICKING ENTERPRISES, INC.,<br><br>　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE, a municipal corporation; SAN JOSE CITY COUNCIL; RON GONZALES, CINDY CHAVEZ, PAT DANDO, KEN YEAGER, CHUCK REED, FORREST WILLIAMS, LINDA J. LE ZOTTE, NORA CAMPOS, GEORGE SHIRAKAWA, JR., DAVID D. CORTESE, JOHN DIQUISTO, sued in their official capacities,<br><br>　　　　　　　　　Defendant(s). | Case No.:  C07-00735 RMW (PVT)<br><br>**STIPULATION OF COUNSEL TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES**<br>**AND ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR COUNSEL HERETO THAT the Declaration of Stuart D. Kirchick, counsel for Plaintiff, be hereby incorporated herein by reference.

It is further hereby stipulated by and through the parties through their counsel herein that the pre-trial conference and trial dates be taken off calendar and continued for approximately sixty days beyond their currently scheduled dates to accommodate finalizing settlement of the above referenced case, as set forth in the declaration of Stuart D. Kirchick.

1  So Stipulated.

2  Dated: August 26, 2009          By:   /s/ Stuart D. Kirchick
3                                         STUART D. KIRCHICK,
                                           Attorney for Plaintiff, Licking Enterprises, Inc.
4

5  So Stipulated.
6

7  Dated: August 26, 2009          By:   /s/ Robert Fabela
                                           ROBERT FABELA,
8                                         Senior Deputy City Attorney
                                           Attorney for Defendant, The City
9

10

11 ~~PROPOSED~~ ORDER
12

13 ~~It is hereby ordered that the Pre-trial Conference is hereby vacated and rescheduled to~~
14 ~~==============. It is hereby further ordered that the currently scheduled trial date in the~~
15 ~~above-referenced case be hereby vacated and continued to ====================.==~~

16

17 Date: 8/26/09                    By: *Ronald M. Whyte*
                                        Ronald M. Whyte,
18                                      United States District Court Judge

19 It is ordered that the Pretrial Conference and trial date are hereby vacated. The
   parties shall appear for a Case Management Conference on **October 30, 2009
20 @ 10:30 a.m.** If the settlement is final, the parties are to file a dismissal with
   the Court by **October 23, 2009**, and contact the Courtroom Deputy at (408)
21 535-5375, so as to take this matter off calendar.

22

23

24

25

4