1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California  95113
4  Telephone:   (408) 535-1900
   Facsimile:   (408) 998-3131
5  Email:   cao.main@sanjoseca.gov

*E-FILED - 12/23/09*

6  Attorneys for Defendants,
   CITY OF SAN JOSE, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE FACILITY

| | |
|---|---|
| LICKING ENTERPRISES, INC. | NO.:   C07-00735 RMW |
| Plaintiff, | **STIPULATION OF DISMISSAL; AND [] ORDER** |
| v. | |
| CITY OF SAN JOSE, a municipal corporation; SAN JOSE CITY COUNCIL; RON GONZALES, CINDY CHAVEZ, PAT DANDO, KEN YEAGER, CHUCK REED, FORREST WILLIAMS, LINDA J. LEZOTTE, NORA CAMPOS, GEORGE SHIRAKAWA, JR., DAVI D. CORTESE, JOHN DIQUISTO, sued in their official capacities, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiff, LICKING ENTERPRISES, INC., and all Defendants that:

1. This action was commenced on February 5, 2007.

2. The parties have settled this matter and are in the process of entering into an agreement with regard to the terms of settlement.  The parties wish to dismiss this action, subject to the signing of settlement agreement by all parties.

/ / /

1      3.    This action is hereby dismissed, in its entirety, with prejudice.

2    DATED:    October 29, 2009        RICHARD DOYLE, City Attorney

3

4                                        By: _____
                                                  CLIFFORD S. GREENBERG
5                                                   Senior Deputy City Attorney

6                                        Attorneys for Defendants,
7                                        CITY OF SAN JOSE, et al.

8

9    DATED:    October 29, 2009        LAW OFFICES OF STUART D. KIRCHICK

10                                       By: _____
11                                                   STUART D. KIRCHICK

12                                        Attorneys for Plaintiff,
                                         LICKING ENTERPRISES, INC.

13

14

15

16

17

18

19                                             **ORDER**

20        Pursuant to the Stipulation of Dismissal by and between the parties to this action,

21 through their designated counsel, the above-captioned action is hereby dismissed with

22 prejudice pursuant to FRCP 41(a)(2). This dismissal is subject to setting aside should the

23 settlement agreement not be executed by all parties. It is further ordered that each party shall

24 bear their own fees and costs, except as provided otherwise by agreement of the parties.

25

26    DATED:    12/23/09                  *Ronald M. Whyte*
                                          _____
27                                        THE HONORABLE RONALD M. WHYTE
                                       UNITED STATES DISTRICT COURT JUDGE

28