| | |
|---|---|
| 1 | LAW OFFICE OF JIVAKA CANDAPPA |
| | JIVAKA CANDAPPA, (SBN 225919) |
| 2 | 180 Grand Avenue, Suite 700 |
| 3 | Oakland, CA 94612 |
| | Telephone: (510) 628 0300 |
| 4 | Facsimile: (510) 628 0400 |

*E-FILED - 9/22/10*

Attorney for Plaintiff LICKING ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LICKING ENTERPRISES, INC. | Case No.: 07-00735 RMW |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF LICKING ENTERPRISES, INC. AND |XXXXXXXX ORDER** |
| CITY OF SAN JOSE, a municipal corporation; SAN JOSE CITY COUNCIL; RON GONZALES, CINDY CHAVEZ, PAT DANDO, KEN YEAGER, CHUCK REED, FORREST WILLIAMS, LINDA J. LEZOTTE, NORA CAMPOS, GEORGE SHIRAKAWA, JR., DAVID CORTESE, JOHN DIQUISTO, sued in their official capacities, | Complaint Filed: February 5, 2007 |
| | Trial Judge: Hon. Ronald M. Whyte |
| | Courtroom: 6, 4th Fl. |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff Licking Enterprises, Inc. hereby substitutes:

---

**NOTICE OF SUBSTITUTION OF COUNSEL & |XXXXXXXX ORDER**          *Licking Enterprises, Inc., v. City of San of Jose et al.*
                                                                                                              **Case No.: C07-00735 RMW**

-1-

Jivaka Candappa
Law Office of Jivaka Candappa
180 Grand Avenue, Suite 700
Oakland, CA 94612
Telephone: (510) 628-0300
Facsimile: (510) 628-0400

As its new attorney of record in this action instead of:

Stuart D. Kirchick
Law Offices of Stuart D. Kirchick
1143 Story Road, #210
San Jose, CA 95122
Telephone: (408) 291-0123
Facsimile: (408) 291-0418

I consent to this substitution.

Dated: Sept 11, 2010

JOHN LICKING, PRESIDENT
LICKING ENTERPRISES, INC

Dated: Sep. 7, 2010

STUART D. KIRCHICK
LAW OFFICES OF STUART D. KIRCHICK
Former Attorney for Plaintiff
Licking Enterprises, Inc.

I have given proper notice as applicable and accept the above substitution.

Dated: 9/13, 2010

LAW OFFICE OF JIVAKA CANDAPPA

JIVAKA CANDAPPA
New Attorney for Plaintiff
Licking Enterprises, Inc.

**IT IS SO ORDERED.**

Dated: 9/22, 2010          By: _Ronald M. Whyte_
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

---

**NOTICE OF SUBSTITUTION OF COUNSEL & XXXXXXXX ORDER**

*Licking Enterprises, Inc., v. City of San of Jose et al.*
Case No.: C07-00735 RMW

-2-