IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LICKING ENTERPRISES, INC.,

      Plaintiff,

      v.

CITY OF SAN JOSE, et al.,

      Defendant.

*E-FILED - 4/29/11*

CASE NO.: C-07-00735-RMW

**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for April 29, 2011, has been continued to **May 20, 2011 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

If  the settlement is final, counsel are required to file a dismissal with the Court by May 16, 2011,and contact the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar. Please be advised that this is the <u>FINAL</u> continuance.

DATED:  April 29, 2011

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1

Copy of Order E-Filed to Counsel of Record:

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28