| | |
|---|---|
| 1 | JIVAKA CANDAPPA (SBN 225919) |
| 2 | Law Office of Jivaka Candappa |
|   | 180 Grand Avenue, Suite 700 |
| 3 | Oakland, CA 94612 |
|   | Telephone: (510) 628-0300 |
| 4 | Facsimile: (510) 628-0400 |

*E-FILED - 5/18/11*

Attorney for Plaintiff LICKING ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LICKING ENTERPRISES, INC.,                )   Case No.: 07-00735 RMW
                                          )
                Plaintiff,                )
                                          )
        vs.                               )   **STIPULATION AND []**
                                          )   **ORDER DISMISSING ENTIRE ACTION**
CITY OF SAN JOSE, a municipal             )   **WITH PREJUDICE**
corporation; SAN JOSE CITY COUNCIL;       )
RON GONZALES, CINDY CHAVEZ, PAT           )
DANDO, KEN YEAGER, CHUCK REED,            )
FORREST WILLIAMS, LINDA J.                )
LEZOTTE, NORA CAMPOS, GEORGE              )
SHIRAKAWA, JR., DAVID CORTESE,            )
JOHN DIQUISTO, sued in their official     )
capacities,                               )
                                          )
                Defendants.               )
                                          )

   IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby dismisses the entire action against the City of San Jose, the

---

**STIPULATION AND ORDER DISMISSING**            *Licking Enterprises, Inc. v. City of San Jose et al.*
**ENTIRE ACTION WITH PREJUDICE**                        Case No.: C07-00735 RMW
-1-

-2-

1  San Jose City Council, and the named individual City of San Jose Defendants, with prejudice,
2  each party to bear its own fees and costs.
3      IT IS SO STIPULATED.
4
5  Dated: May 17, 2011                    LAW OFFICE OF JIVAKA CANDAPPA
6                                         /s/ Jivaka Candappa
7                                 By:_____
                                      JIVAKA CANDAPPA
8                                       Attorney for Plaintiff
                                      Licking Enterprises, Inc.
9
10 Dated: May 17, 2011                   RICHARD DOYLE, City Attorney
11                                        /s/ Clifford Greenberg
                                By:_____
12                                     CLIFFORD GREENBERG
                                    Senior Deputy City Attorney
13
14                                **ORDER**
15     PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.
16
17 Dated: __5/18_____, 2011
18                                _____
                               HON. RONALD M. WHYTE
19                                UNITED STATES SENIOR DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER DISMISSING**    *Licking Enterprises, Inc. v. City of San Jose et al.*
**ENTIRE ACTION WITH PREJUDICE**           Case No.: C07-00735 RMW