1  JIVAKA CANDAPPA (SBN 225919)
   Law Office of Jivaka Candappa
2  180 Grand Avenue, Suite 700
3  Oakland, CA 94612
   Telephone: (510) 628-0300                    *E-FILED - 5/18/11*
4  Facsimile: (510) 628-0400

5  Attorney for Plaintiff LICKING ENTERPRISES, INC.

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12 | LICKING ENTERPRISES, INC.                )  Case No.: 07-00735 RMW
                                              )
13                                            )
                                              )
14 |           Plaintiff,                     )
                                              )
15 |       vs.                                )  **STIPULATION AND []**
                                              )  **ORDER DISMISSING ENTIRE ACTION**
16 | CITY OF SAN JOSE, a municipal            )  **WITH PREJUDICE**
   corporation; SAN JOSE CITY COUNCIL;        )
17 | RON GONZALES, CINDY CHAVEZ, PAT          )
   DANDO, KEN YEAGER, CHUCK REED,             )
18 | FORREST WILLIAMS, LINDA J.               )
   LEZOTTE, NORA CAMPOS, GEORGE               )
19 | SHIRAKAWA, JR., DAVID CORTESE,           )
20 | JOHN DIQUISTO, sued in their official    )
   capacities,                                )
21                                            )
                                              )
22 |           Defendants.                    )
                                              )
23                                            )
                                              )
24                                            )

25        IT IS HEREBY STIPULATED AND AGREED by and between the parties to this

26 action, through their respective counsel of record that pursuant to Federal Rule of Civil

27 Procedure 41(a)(1), Plaintiff hereby dismisses the entire action against the City of San Jose, the

28

**STIPULATION AND ORDER DISMISSING**      *Licking Enterprises, Inc. v. City of San Jose et al.*
**ENTIRE ACTION WITH PREJUDICE**            Case No.: C07-00735 RMW
                                -1-

San Jose City Council, and the named individual City of San Jose Defendants, with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: May 17, 2011

LAW OFFICE OF JIVAKA CANDAPPA
/s/ Jivaka Candappa
By:_____
JIVAKA CANDAPPA
Attorney for Plaintiff
Licking Enterprises, Inc.

Dated: May 17, 2011

RICHARD DOYLE, City Attorney
/s/ Clifford Greenberg
By:_____
CLIFFORD GREENBERG
Senior Deputy City Attorney

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: __5/18_____, 2011

_____
HON. RONALD M. WHYTE
UNITED STATES SENIOR DISTRICT JUDGE

**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**     *Licking Enterprises, Inc. v. City of San Jose et al.*
Case No.: C07-00735 RMW
-2-